**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Vision-Ease Lens, Inc. , | **Civil No. 04-2663 (RHK/AJB)** |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Essilor International SA, Essilor of America, Inc., | |
| Defendants. | |

---

Based on the parties' Stipulation filed on September 24, 2008, **IT IS ORDERED** that this action, including all claims and counterclaims, is hereby **DISMISSED WITH PREJUDICE** and without an award of costs or fees.

**LET JUDGMENT BE ENTERED ACORDINGLY.**

Dated:  September 25, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge